RECEIVED
FEB - 5 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KEVIN JONES,<br>    Plaintiff | CIVIL ACTION NO.11-2150<br>SECTION "P" |
| VERSUS | JUDGE DEE D. DRELL |
| CATAHOULA CORRECTIONAL<br>CENTER WARDEN PAT BOOK, et al.,<br>    Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendants' motion for summary judgment (Doc. 18) is DENIED.

In so ruling, we note that much of defendants' argument would suggest it was plaintiff's burden to show that defendants were not entitled to summary judgment. That is obviously incorrect. The Magistrate Judge was correct in his analysis of the stock and boilerplate statements in the movant's submissions purporting to support summary judgment. Additionally, even if the motion to

strike had any merit, summary judgment would still be denied. Accordingly, the newly filed "Motion to Review and/or Appeal the Denial of the Motion to Strike" (Doc. No. 34) is DENIED as moot.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 4th day of February, 2013.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE